UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID BRIAN MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, FEDERAL BUREAU OF INDIANS, FEDERAL BUREAU OF PRISONS, UNITED STATES ATTORNEY GENERAL, OKLAHOMA ATTORNEY GENERAL, STATE OF OKLAHOMA, GOVERNOR OF OKLAHOMA, OFFICIAL AND UNOFFICIAL CAPACITY;<br><br>Defendants. | 4:19-CV-04028-RAL<br><br><br>ORDER TRANSFERRING CASE |

Plaintiff David Brian Morgan is an inmate at the Joseph Harp Correctional Facility in Lexington, Oklahoma. On February 8, 2019, Morgan filed a pro se civil rights complaint alleging false arrest, deliberate indifference, malicious prosecution, and intentional infliction of emotional distress. Morgan's claims arise from events that occurred in Oklahoma. The complaint reveals no connection to South Dakota; therefore, this venue is improper. *See* 28 U.S.C. § 1391(b). Accordingly, pursuant to 28 U.S.C. §§ 1391(b)(1) and (2), it is

ORDERED that the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Oklahoma.

DATED February 11, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE